JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS ZAVALA,** | ) NO. CV 15-3408-KS |
|         **Plaintiff,** | ) |
|    v. | ) **JUDGMENT** |
| **CAROLYN W. COLVIN**, Acting **Commissioner of Social Security,** | ) |
|         **Defendant.** | ) |
| _____ | ) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: August 24, 2016

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE